# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY, ) | 1:05-CV-0350 REC LJO HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER REQUIRING PETITIONER TO |
| ) | SUBMIT STATUS REPORT |
| v. ) | |
| ) | |
| ) | |
| A. K. SCRIBNER, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 16, 2005, the Court issued an order staying the petition pending exhaustion of Petitioner's state remedies. Petitioner was directed to file a status report within thirty (30) days of the order and every thirty (30) days thereafter. On December 14, 2005, Petitioner filed a status report. Over thirty days have passed and a current status report is now overdue.

Accordingly, Petitioner is ORDERED to submit a status report informing the Court of the status of his pending state cases within twenty (20) days from the date of service of this order.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   February 15, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                                  UNITED STATES MAGISTRATE JUDGE