UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY,       )<br>                              )<br>     Petitioner,             )<br>                              )<br>     v.                       )<br>                              )<br>A. K. SCRIBNER,               )<br>                              )<br>     Respondent.              )<br>_____) | 1:05-CV-0350 OWW LJO HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE TRAVERSE<br>(DOCUMENT #33) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 26, 2006, petitioner filed a motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   July 10, 2006**            **/s/ Lawrence J. O'Neill**
23ehd0                                UNITED STATES MAGISTRATE JUDGE