UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT LEVELL RILEY, | ) | 1:05-CV-0350 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING SECOND EXTENSION |
| v. | ) | OF TIME TO FILE TRAVERSE |
| | ) | (DOCUMENT #35) |
| A. K. SCRIBNER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 4, 2006, petitioner filed his second application/ motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   September 15, 2006**          **/s/ Lawrence J. O'Neill**
23ehd0                                            UNITED STATES MAGISTRATE JUDGE