UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY,<br><br>    Petitioner,<br><br>    v.<br><br>A. K. SCRIBNER,<br><br>    Respondent. | 1:05-CV-0350 OWW LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #37, 38) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 13, 2006, petitioner filed a motions to extend time to file a response/traverse to respondent's answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   November 2, 2006**            **/s/ Lawrence J. O'Neill**
23ehd0                                                      UNITED STATES MAGISTRATE JUDGE