# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY,           )<br>                                              )<br>                    Petitioner,      )<br>                                              )<br>          v.                              )<br>                                              )<br> A. K. SCRIBNER,                   )<br>                                              )<br>                    Respondent.  )<br>                                              ) | 1:05-CV-00350 LJO NEW (DLB) HC<br><br>ORDER DENYING PETITIONER'S<br>REQUEST FOR JUDICIAL NOTICE<br><br>[Doc. #42] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 27, 2007, Petitioner filed a request for judicial notice of a newspaper article concerning his former appellate counsel and his conduct in another case. The Court does not find good cause to grant Petitioner's request, because said newspaper article has no relevance to the instant petition. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for judicial notice is DENIED.

    IT IS SO ORDERED.

**Dated:**    **August 31, 2007**            /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE