IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY, | 1:05-cv-00350-LJO-JMD (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| vs. | |
| MATTHEW KRAMER, | (DOCUMENT #49) |
| Respondent. | OCTOBER 28, 2008 DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 8, 2008, petitioner filed a motion to extend time to file objections to the Findings and Recommendation.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to and including October 28, 2008 in which to file objections.

IT IS SO ORDERED.

**Dated:   August 12, 2008**          /s/ John M. Dixon
                                      UNITED STATES MAGISTRATE JUDGE