IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY, | 1:05-cv-00350-LJO-JMD (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| vs. | |
| MATTHEW KRAMER, | (DOCUMENT #51) |
| Respondent. | SIXTY DAY DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 17, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   October 29, 2008**          **/s/ John M. Dixon**
                                                              UNITED STATES MAGISTRATE JUDGE