1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT FOR THE
9            EASTERN DISTRICT OF CALIFORNIA
10
11   ALBERT LEVELL RILEY,                1:05-CV-00350-LJO-JMD (HC)

12            Petitioner,               ORDER GRANTING PETITIONER'S
                                        THIRD MOTION FOR EXTENSION OF
13        vs.                           TIME TO FILE OBJECTIONS TO
                                        FINDINGS AND RECOMMENDATION
14   MATTHEW KRAMER,
                                        (DOCUMENT #53)
15            Respondent.
                                        THIRTY DAY DEADLINE
16   _____/

17        Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On December 23, 2008, Petitioner filed a motion to extend time to file objections to

19   the findings and recommendation.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty (30) days from the date of service of this order in which to

22   file objections to the findings and recommendation.

23   IT IS SO ORDERED.

24   Dated:    December 24, 2008          _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE
25
26
27
28