IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEVELL RILEY,<br><br>            Petitioner,<br><br>     vs.<br><br>A.K. SCRIBNER,<br><br>            Respondent.<br>_____/ | 1:05-CV-00350-LJO-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S FOURTH AND LAST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #55)<br><br>SEVEN DAY DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 29, 2009, Petitioner filed a motion to extend time to file objections to the findings and recommendation.

The Court notes that the current motion is Petitioner's fourth motion for extension of time and that Petitioner's objections were originally due in July 2008. Furthermore, Petitioner's cause for this current motion is questionable at best–Petitioner can make copies of his objections by hand if he desires a copy of his objection. While the Court grants Petitioner's motion for a seven day extension, the Court puts Petitioner on notice that this is the last extension of time the Court is willing to grant Petitioner and any further delay on Petitioner's part will result in the District Judge reviewing the case without Petitioner's objections.

IT IS HEREBY ORDERED that Petitioner's motion for an extension of time is granted and Petitioner has seven (7) days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   February 3, 2009**            /s/ John M. Dixon
                                                UNITED STATES MAGISTRATE JUDGE